COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.                                                                              Superior Court Department

| | |
|---|---|
| Donna J. DeToma, Plaintiffs | |
| v. | |
| The Town of Millville, Defendant | |

## VERIFIED COMPLAINT AND JURY DEMAND

### PARTIES

1. The plaintiffs, Donna J. DeToma (hereinafter referred to as the "Plaintiffs") is an individual who reside at 90 Ironstone Street, Millville, Worcester County, Massachusetts.

2. The defendant, Town of Millville (hereinafter referred to as "Millville") is a municipal entity with a location of 290 Main Street, Millville, Massachusetts.

### FACTS

3. On or about September, 2017 Millville commenced reconstruction work on Ironstone Street in front of the Plaintiff's property.

4. That work included repairing the roadway, installation of a 4" berm and the reconfiguration of the roadway to divert the water into a catch basin located in front of the Plaintiff's property.

5. This action was taken by Millville at a time it knew and/or should have known that the catch basin in front of the Plaintiff's residence was not connected and/or tied into the ways catch basin system.

6. Consequently, the result has been that any significant rainfall results in the Plaintiff's entire yard and foundation being flooded with water.

7. This has had the result of the Plaintiff's property being rendered unusable and the integrity of their home being compromised to a significant degree.

8. The issues created are continuous in nature and Millville has failed and refused to respond to the Plaintiff's multiple and repeated requests for relief.

9. As a result, the Plaintiff has been plagued with an ongoing hazardous situation created by Millville.

10. The Plaintiff has met all preconditions to bringing this action forward including serving a timely letter of presentment pursuant to M.G.L. c. 258, §§ 1-4 to which Millville has failed to respond.

## COUNT I
### (Negligence)

11. The Plaintiff repeated and reallege the allegations as stated in paragraphs 1-10 of the Complaint as if expressly restated herein.

12. Millville owed a duty to the Plaintiff to conduct itself in a fashion that was proper and address the issues concerning drainage on Ironstone Street in a good and workmanlike fashion free from any and all defects and/or flows.

13. Millville breached its duty which said breach was negligent.

14. As a result of the negligence of Millville the Plaintiff was damaged.

## COUNT II
### (Nuisance)

15. The Plaintiff repeated and reallege the allegations as stated in paragraphs 1-14 of the Complaint as if expressly restated herein.

16. Millville has in the course of reconfiguring Ironstone Street and negligently installing a storm drain created an ongoing nuisance in the form of the Plaintiff's property being flooded in an extensive fashion.

17. The Plaintiff has met any and all preconditions to bringing this action.

18. As a result of the conduct of Millville and the resulting nuisance the Plaintiff has been damaged.

## COUNT III
### (Constitutional Taking)

19. The Plaintiff repeated and reallege the allegations as stated in paragraphs 1-18 of the Complaint as if expressly restated herein.

20. The conduct of Millville in the rendering of roadway water runoff and the failure to properly create and design drainage has resulted in the unconstitutional taking of the Plaintiff's property.

21. As a result the Plaintiff has been damaged.

**THE PLAINTIFF DEMAND A TRIAL BY JURY AS TO ALL TRIABLE ISSUES**

WHEREFORE, the Plaintiff request that this Court:

1. Enter a Judgment in her favor and against the defendant as to Counts I, II, and III;
2. Award the Plaintiff damages as to Counts I, II, and III;
3. Award the Plaintiffs her costs, including reasonable attorney's fees; and
4. Grant such other and further relief as is meet and just.

Respectfully Submitted,
The Plaintiff,
By Her Attorney,

John M. Wozniak, Esq. BBO#556441
The Wozniak Law Group, P.C.
159 Hartford Avenue East
Mendon, MA 01756
(508) 478-3788
attywozniak@wozniaklawgroup.com

Dated: November 1, 2021

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.                                                                    Superior Court Department

Donna J. DeToma,
        Plaintiff

v.

The Town of Millville,
        Defendant

### VERIFICATION BY PLAINTIFF

I, Donna J. DeToma, individually, having read the foregoing Complaint hereby attest and verify that the facts contained herein based upon my personal knowledge are true and accurate.

Signed under the pains and penalties of perjury this 5 day of November, 2021.

_Donna J. DeToma_
Donna J. DeToma

A true copy by photostatic process
Attest:

[ Save as PDF ]                                                                                                                    [ Reset Form ]

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| Help-Party Information | | COUNTY Worcester Superior Court (Worcester) |

| Plaintiff: | Donna J. DeToma | Defendant: | Town of Millville |
|---|---|---|---|
| ADDRESS: | 90 Ironstone Street | ADDRESS: | 290 Main Street |
| | Millville, MA 01529 | | Millville, MA 01529 |
| Plaintiff Attorney: | John M. Wozniak | Defendant Attorney: | |
| ADDRESS: | 159 Hartford Ave East | ADDRESS: | |
| | Mendon, MA 01756 | | |
| BBO: | 558441 | BBO: | |

[ Add Parties ]   [ Remove Parties ]

**TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| AB1 | Tortious Action Involving Commonwealth etc | A | ● YES   ○ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?    ○ YES   ● NO
Is there a class action under Mass. R. Civ. P. 23?    ○ YES   ● NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date
  1. Total hospital expenses                                                                                      _____
  2. Total doctor expenses                                                                                         _____
  3. Total chiropractic expenses                                                                                   _____
  4. Total physical therapy expenses                                                                               _____
  5. Total other expenses (describe below)                                                                         _____

  [                                                                                      ]

                                                                                Subtotal (1-5):    $0.00

B. Documented lost wages and compensation to date                                                                  _____
C. Documented property damages to date                                                                             _____
D. Reasonably anticipated future medical and hospital expenses                                                     _____
E. Reasonably anticipated lost wages                                                                               _____
F. Other documented items of damages (describe below)

  [                                                                                      ]

                                                                                TOTAL (A-F):    $0.00

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

  [                                                                                      ]

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

[ Add Claim ]   [ Delete Claim ]

Signature of Attorney/Unrepresented Plaintiff: X _____/s/_____                           Date: 11/5/21

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X _____/s/_____                           Date: 11/5/21

SC0001. 1/22/2021                    www.mass.gov/courts                       Date/Time Printed:09-28-2021 17:03:57

[ Save as PDF ]                              A true copy by photostatic process     [ Reset Form ]
                                             Attest:
                                             Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.                                                Superior Court Department
                                                              C.A.: 2185CV01201D

| | |
|---|---|
| Donna J. DeToma, Plaintiffs | |
| v. | |
| The Town of Millville, Defendant | |

### PLAINTIFF'S MOTION TO APPOINT SPECIAL CONSTABLE/PROCESS SERVER
### Per M.R.C.P. 4(c)

The plaintiff, Donna J. DeToma, hereby requests that this Honorable Court Appoint as Special Constable/Process Server, Paul Terrio Constable, 57 Rockwood Road, Norfolk, MA and or his authorized appointees. Mr. Terrio has been a Constable for over 10 years is over the age of 21 and is a disinterested party and has no interest in this action. Specifically, the Plaintiff requests that the court authorize the Constable/ Special Process Server to serve process issued by this Court in accordance with M.R.C.P. 4(c).

                                                                            Respectfully Submitted,
                                                                            For the Plaintiff,

                                                                            /s/ *John M. Wozniak, Esq.*

                                                                            John M. Wozniak, Esq. BBO#556441
                                                                            The Wozniak Law Group, P.C.
                                                                            159 Hartford Avenue East
                                                                            Mendon, MA 01756
                                                                            (508) 478-3788
                                                                            attywozniak@wozniaklawgroup.com

Dated: November 17, 2021

A true copy by photostatic process
Attest:
Asst. Clerk

E-FILED

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.                                    Superior Court Department
                                                  C.A.: 2185CV01201D

| Donna J. DeToma, |
| Plaintiffs |
| |
| v. |
| |
| The Town of Millville, |
| Defendant |

**FILED**
NOV 17 2021
ATTEST: [signature] CLERK

### PLAINTIFF'S MOTION TO APPOINT SPECIAL CONSTABLE/PROCESS SERVER
### Per M.R.C.P. 4(c)

The plaintiff, Donna J. DeToma, hereby requests that this Honorable Court Appoint as Special Constable/Process Server, Paul Terrio Constable, 57 Rockwood Road, Norfolk, MA and or his authorized appointees. Mr. Terrio has been a Constable for over 10 years is over the age of 21 and is a disinterested party and has no interest in this action. Specifically, the Plaintiff requests that the court authorize the Constable/ Special Process Server to serve process issued by this Court in accordance with M.R.C.P. 4(c)

Respectfully Submitted,
For the Plaintiff,

/s/ *John M. Wozniak, Esq.*

John M. Wozniak, Esq. BBO#556441
The Wozniak Law Group, P.C.
159 Hartford Avenue East
Mendon, MA 01756
(508) 478-3788
attywozniak@wozniaklawgroup.com

Dated: November 17, 2021

A true copy by photostatic process
Attest: [signature]

12/31

| Summons | CIVIL DOCKET NO. 2185CV01201 D | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Donna J. Detoma vs. Town of Millville Plaintiff(s) Defendant(s) | | Dennis P. McManus — Clerk of Courts Worcester — County COURT NAME & ADDRESS: Worcester Superior Court 225 Main Street Worcester, MA 01608 FILED DEC 31 2021 ATTEST /s/ ___ CLERK |

THIS SUMMONS IS DIRECTED TO Town of Millville (Defendant's name)
290 Main St. Millville Ma

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Worcester Superior Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

4

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

 a) Filing your **signed original** response with the Clerk's Office for Civil Business, Worcester Superior Court (address), by mail or in person **AND**

 b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
 John M. Wozniak, Esq. 159 Hartford Ave E, Mendon, Ma 01756

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a "**Motion to Dismiss,**" if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

4. **Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required Information on All Filings:**

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger, Chief Justice on _November 17_, 20 _21_. (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

I hereby in this a



**Worcester County Sheriff's Office P.O. Box 1066 Worcester, MA 01613
(508) 752-1100**

12/22/2021

I hereby certify and return that on 12/22/2021 at 10:15 AM I served a true and attested copy of the SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL, VERIFICATION BY PLAINTIFF, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to PETER D. CARUSO, , agent, person in charge at the time of service for TOWN OF MILLVILLE at 290 MAIN STREET MILLVILLE TOWN HALL MILLVILLE, MA 01529 . Attest ($5.00) Mileage ($14.08) Service Fee ($30.00) Mailing ($3) ($3.00) Office Expense ($20.00) Conveyance ($4.50) Total: $76.58

Steven Trottier
Deputy Sheriff

N.B. 1

SUMMC

A true copy by photostatic process
Attest:

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAN 18 2022

ATTEST [signature] CLERK

| | |
|---|---|
| DONNA J. DETOMA, <br> Plaintiff, <br><br> v. <br><br> THE TOWN OF MILLVILLE, <br> Defendant. | C.A. No.: 4:22-cv-40004 |



### DEFENDANT, THE TOWN OF MILLVILLE'S NOTICE OF REMOVAL

NOW COMES the defendant, The Town of Millville, in the above-entitled cause, and respectfully shows to the Court:

1. The above action has been brought in the Worcester Superior Court and is now pending therein. Said action was commenced on November 8, 2021, the defendant was served on December 22, 2021 and the time for filing of this notice has not expired.

2. Said action involves a controversy of federal question, namely, the alleged unconstitutional taking of plaintiff's property.

3. The nature of the controversy between the plaintiff, Donna J. DeToma and said petitioner is as follows: the plaintiff alleges that as a result of repairs, reconfiguration and reconstruction performed on Ironstone Street in Millville, rainwater floods her yard and basement. In her complaint, the plaintiff alleges negligence, nuisance and an unconstitutional taking.

4. The matter in controversy between the plaintiff and defendant involves federal questions.

WHEREFORE the petitioners pray that this cause be removed from said state court to this Honorable Court as provided by law.

DEFENDANT,
THE TOWN OF MILLVILLE,
BY ITS ATTORNEYS,

/s/ *Matthew G. Lindberg*
Courtney E. Mayo, Esquire – BBO # 657790
cmayo@hassettdonnelly.com
Matthew G. Lindberg, Esquire – BBO #633630
mlindberg@hassettdonnelly.com
Hassett & Donnelly, P.C.
446 Main Street - 12th Floor
Worcester, MA 01608
Phone: (508) 791-6287

Date: January 11, 2022

## CERTIFICATE OF SERVICE

I, Courtney E. Mayo, counsel of record for the defendant, The Town of Millville, in this action, do hereby certify that I have served a copy of the foregoing to all parties by electronic mail and through the Electronic Case Filing System on this 11th day of January 2022 to:

John M. Wozniak, Esquire
The Wozniak Law Group, P.C.
159 Hartford venue East
Mendon, MA 01756
attywozniak@wozniaklawgroup.com

/s/ *Matthew G. Lindberg*
Matthew G. Lindberg, Esquire

A true copy/by photostatic process
Attest:
Asst.

# HASSETT | DONNELLY

**RECEIVED**

**JAN 18 2022**

**CLERK OF COURTS**
**WORCESTER COUNTY**

446 Main Street
12th Floor
Worcester, MA 01608
Telephone: (508) 791-6287
Facsimile: (508) 791-2652
www.hassettanddonnelly.com

Matthew G. Lindberg
mlindberg@hassettdonnelly.com

January 13, 2022

Worcester Superior Court
Attn: Civil Clerk
225 Main Street
Worcester, MA 01068

Re: **Donna J. DeToma v. The Town of Millville**
Civil Action No.: 2185CV01201

Dear Sir or Madam,

Enclosed herewith please find a certified copy of the Defendant, The Town of Milllville's Notice of Removal to the United States District Court.

Kindly forward a certified copy of the Worcester Superior Court docket and papers, as well as the invoice for same, to me at your earliest convenience.

Please feel free to call me with any questions regarding the enclosed. Thank you.

Very truly yours,

/s/ Matthew G. Lindberg

Matthew G. Lindberg

MGL/ljc

Enclosure
cc: John M. Wozniak, Esquire

BOSTON | HARTFORD | MANCHESTER | NEW YORK | PORTLAND | PROVIDENCE | WORCESTER

HASSETT & DONNELLY, P.C.